UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00415-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN DEFENDANTS<br><br>[ECF Nos. 11, 12] |

　　　　Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 26, 2020, the undersigned screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim for deliberate indifference against Defendants Angel Ribera and Jerrick Block. (ECF No. 11.) However, Plaintiff was advised that he failed to state a cognizable claim against Defendants Sullivan and Schuyler. (Id.) Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable or file a second amended complaint. (Id.)

　　　　On July 9. 2020, Plaintiff notified the Court of his intent to proceed on the deliberate indifference claim against Defendants Angel Ribera and Jerrick Block. (ECF No. 12.) Accordingly, the Court will recommend that this action proceed against Defendants Angel Ribera and Jerrick Block

1

for deliberate indifference in violation of the Eighth Amendment.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a District Judge to this action.

Further, based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants Angel Ribera and Jerrick Block for retaliation and deliberate indifference; and
2. Defendants Sullivan and Schuyler be dismissed for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **July 14, 2020**

UNITED STATES MAGISTRATE JUDGE

2