UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, *et al.*,<br><br>　　　　Defendants. | No. 1:20-cv-00415-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

　　　　Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 26, 2020, the assigned magistrate judge screened plaintiff's first amended complaint and found that plaintiff stated a cognizable claim for deliberate indifference against Defendants Angel Ribera and Jerrick Block. (Doc. No. 11.) However, plaintiff was advised that he failed to state a cognizable claim against Defendants Sullivan and Schuyler. (*Id*.) Therefore, plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable. (*Id*.)

　　　　On July 9, 2020, Plaintiff notified the Court of his intent to proceed on the claim of deliberate indifference against Defendants Angel Ribera and Jerrick Block. (Doc. No. 12.)

1

Accordingly, on July 14, 2020, the magistrate judge filed findings and recommendations, recommending that the claims in plaintiff's first amended complaint be dismissed, except for the claim of deliberate indifference against Defendants Angel Ribera and Jerrick Block. (Doc. No. 14.) The judge further recommended that Defendants Sullivan and Schuyler be dismissed. (*Id.*) The findings and recommendations were served on the parties and provided fourteen (14) days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed objections and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 14, 2020 (Doc. No. 14) are adopted in full;
2. The claims in plaintiff's first amended complaint are dismissed, except for claim of deliberate indifference against Defendants Angel Ribera and Jerrick Block;
3. Defendants Sullivan and Schuyler are dismissed; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 17, 2020**

UNITED STATES DISTRICT JUDGE