UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00415-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 20) |

　　　　Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion for an extension of time to file a responsive pleading, filed November 13, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that Defendants are granted until January 15, 2021 to file a responsive pleading.

IT IS SO ORDERED.

Dated: __November 13, 2020__　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1