1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL L. SNOWDEN,                    )    No.: 1:20-cv-00415-NONE-SAB (PC)
                                            )
12                    Plaintiff,            )
                                            )    ORDER ADOPTING FINDINGS AND
13         v.                               )    RECOMMENDATIONS, AND DENYING
                                            )    DEFENDANTS' MOTION TO DISMISS
14    W. SULLIVAN, *et al.*,                 )
                                            )    (Doc. Nos. 22, 23)
15                    Defendants.           )
                                            )
16                                          )
                                            )
17    _____ )

18

19         Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights

20    action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

21    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22         On March 15, 2021, the assigned magistrate judge issued findings and recommendations

23    recommending that defendants' motion to dismiss be denied.[1]  (Doc. No. 23.)  The findings and

24    recommendations were served on the parties and provided fourteen (14) days to file objections thereto.

25    (*Id.* at 3.)  No objections were filed and the time in which to do so has now passed.

26    _____

27    [1]  Defendants moved to dismiss on the grounds both that plaintiff failed to exhaust his administrative
      remedies prior to filing suit as required and had failed to allege a cognizable claim for relief.  In the
      pending findings and recommendations, both of those grounds for dismissal were rejected.  (Doc. No.
28    23 at 3–6.)

                                            1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1)  The findings and recommendations issued on March 15, 2021 (Doc. No. 23) are adopted in full;

2)  Defendants' motion to dismiss the complaint filed on January 15, 2021 (Doc. No. 22) is denied; and

3) Defendants shall file a further response to the complaint within fourteen (14) days from the date of service of this order.  Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED.

Dated:   **April 19, 2021**

_____
UNITED STATES DISTRICT JUDGE

2