UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>W. SULLIVAN, *et al.*,<br><br>  Defendants. | Case No.: 1:20-cv-00415-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 27, 28) |

Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 22, 2021, the Court set this case for post-screening settlement conference on July 20, 2021, at 1:30 p.m. before Magistrate Judge Barbara A. McAuliffe and stayed the case for 90 days. (ECF No. 27.) That order provided Defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. (Id.) Defendants now request to opt out and vacate the settlement conference and stay. (ECF No. 28.) Good cause having been presented, the Court will grant Defendants' request.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out and vacate the settlement conference is granted;
2. The stay of this action, commencing April 22, 2021, is LIFTED.
3. The July 20, 2021 settlement conference before Magistrate Judge Barbara A. McAuliffe is VACATED; and
4. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **May 24, 2021**

UNITED STATES MAGISTRATE JUDGE