**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00415-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 31) |

　　　　Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' ex-parte request to extend the deadline to file a non-exhaustion motion for summary judgment, filed August 24, 2021.

　　　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file a non-exhaustion motion for summary judgment is extended to September 23, 2021.  All other provisions of the Court's May 24, 2021 discovery and scheduling order remain in effect.  Despite the finding of good cause, Defendants are advised that requests for extensions of time filed on the date the deadline is set to expire are strongly disfavored.  Local Rule 144(d).  Indeed, in this case, Defendants provide no reason why the request could have been filed in advance of the applicable deadline.  In addition, a request to extend the scheduling deadlines need not and should not be filed *ex parte*.  A motion is the method to seek the change in the scheduling order.

IT IS SO ORDERED.

Dated:  **August 25, 2021**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1