UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00415-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 38) |

　　　　Plaintiff Daniel L. Snowden is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion for an extension of time to file a dispositive motion, filed April 4, 2022.

　　　　Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to May 19, 2022.

IT IS SO ORDERED.

Dated: __April 5, 2022__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1